

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00316-CV

| | | |
|---|---|---|
| Office of the Attorney General | § | From the 360th District Court |
| | § | of Tarrant County (360-553178-14) |
| v. | | |
| | § | July 2, 2015 |
| Christopher Brian Scott | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellee Christopher Brian Scott shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Terrie Livingston
       Chief Justice Terrie Livingston